IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SANDRA R WATKINS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 5:20-cv-00027-TES-CHW

## **J U D G M E N T**

Pursuant to the Order of this Court filed August 21, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,900.00 .

This 22nd day of August, 2023.

                              David W. Bunt, Clerk

                              s/ Shabana Tariq, Deputy Clerk